# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CASE NO.: 2:26-cr-23 |
| | * | |
| v. | * | |
| | * | |
| JOSE PADILLA-PINEDA, | * | |
| | * | |
| Defendant. | * | |

## ORDER

The change of plea hearing is hereby rescheduled for August 26, 2026 at 2:30 p.m. in Courtroom 1 of the Federal Courthouse in Brunswick, Georgia.

**SO ORDERED**, this 13th day of August, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA